In the Matter of the Application of FRANK J. ROHR, Appellant, Respondent, for an Order Pursuant to Article 78 of the Civil Practice Act against EDWIN B. KENNGOTT, County Clerk of Erie County, NewYork, and GRACE REAVY and Others, as and Constituting the State Civil Service Commission of the State of New York, Additional Parties, Respondents, Appellants.— Order so far as appealed from affirmed, without costs, on the opinion of Swift, J., at Special Term. [176 Misc. 838.] All concur, except Dowling, J., who dissents and votes for a reversal and a denial of the motion to dismiss. (The part of the order appealed from dismisses the petition but denies the application of defendant Kenngott to reclassify the position of cashier in the mortgage tax bureau of Erie county from the competitive to the exempt class in a mandamus proceeding to compel said defendant to reinstate petitioner to his position.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

SOLKAT REALTY CORPORATION, Respondent, Appellant, v. THE STATE OF NEW YORK, Appellant, Respondent. DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY and Others, Appellants. (Claim No. 24578.) — Judgment affirmed, with costs. All concur. (The judgment is for claimant in a claim against the State for loss of access to property by reason of a grade crossing elimination.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ. [See 172 Misc. 981; 174 id. 808.]

In the Matter of the Application of ALBERT C. OLP, as Permanent Trustee of FINGER LAKES LAND Co., INC., Appellant, against THE TOWN OF BRIGHTON and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies on the merits petitioner's application for the annulment of defendants' denial of a building permit for a gasoline station in a certiorari proceeding.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ. [173 Misc. 1079.]